

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 28, 2015

Alexander Rodriguez
Boone, Rocheleau & Rodriguez, P.L.L.C.
10101 Reunion Place, Suite 600
San Antonio, TX 78216

Lisa Rocheleau
Boone, Rocheleau & Rodriguez, P.L.L.C.
10101 Reunion Place, Suite 600
San Antonio, TX 78216

Arnold L. Levey
Law Offices of Arnold L. Levey
11103 San Pedro Avenue, Suite 103
San Antonio, TX 78216

RE:   Court of Appeals Number:   04-14-00358-CV
       Trial Court Case Number:   2014-CI-02406
       Style:   Juanita Sprute, M.D. and Jefferson Family Practice
                Associates v. Arnold L. Levey

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on June 17, 2015, at 9:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Luz Elena D. Chapa.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

Very truly yours,

Sandee Bryan Marion, Chief Justice

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

2015 MAY 18 PH 3:40

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE



Arnold L. Levey
Law Offices of Arnold L. Levey
11103 San Pedro Avenue, Suite 103
San Antonio,

NIXIE        782        5E 1        0005/14/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78205303799        *2210-07019-30-40

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 000.480
0003179973        APR 30 2015
MAILED FROM ZIP CODE 78205